Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th St., 11th Floor
Las Vegas, NV 89101-6014
Tel: (702) 727-1400
Fax: (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Plaintiff/Counterdefendant*
*Associated Industries Insurance Company, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida Corporation, <br><br>      Plaintiff, <br> vs. <br><br> LALLY STEEL, INC., a Nevada Corporation; TAYLOR INTERNATIONAL CORPORATION, a Nevada Corporation; VV VENTURES OPERATIONS, LLC, a Delaware Limited Liability Company, <br><br>      Defendants. | CASE NO.:   2:12-cv-01398-JAD-PAL <br><br> **STIPULATION FOR DISMISSAL OF ALL REMAINING CLAIMS WITHOUT PREJUDICE** <br><br> **O R D E R** |
| TAYLOR INTERNATIONAL CORPORATION, a Nevada Corporation; VV VENTURES OPERATIONS, LLC, a Delaware Limited Liability Company, <br><br>      Counterclaimants, <br> vs. <br><br> ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida Corporation <br><br>      Counterdefendant. | |

Page 1 of 2

639058v.1

Counterclaimants TAYLOR INTERNATIONAL CORPORATION AND VV VENTURES OPERATIONS, LLC, by and through their counsel of record ADAM H. SPRINGEL, ESQ. and WENDY L. WALKER, ESQ. of the law firm SPRINGEL & FINK LLP and Counterdefendant ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., by and through its counsel of record, SHERI M. THOME, ESQ. and CHAD C. BUTTERFIELD, ESQ. of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal, without prejudice, of all remaining claims in the Amended Complaint and Counterclaim, with all parties to bear their own costs and fees.

DATED: 6/2/14

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counterdefendant Associated Industries Insurance Company, Inc.*

DATED: 5/30/14

**SPRINGEL & FINK LLP**

Adam H. Springel, Esq.
Nevada Bar No. 7187
Wendy L. Walker, Esq.
Nevada Bar No. 10791
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
*Attorneys for Defendants/Counterclaimants Taylor International Corporation; and VV Ventures Operations, LLC*

## ORDER

Based on the parties' stipulation,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated:  June 5, 2014.

_____
UNITED STATES DISTRICT COURT

639058v.1